DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TED LEE DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CR-00384 AWI-DLB |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: February 11, 2013 |
| TED LEE DURAN, | TIME: 1:00 P.M. |
| | JUDGE: Hon. Barbara A. McAuliffe |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 10, 2012, **may be continued to February 11, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense has received initial discovery of over 500 pages. Defense counsel requires additional time to review the discovery with client. Also, defense requests time to discuss a plea resolution with the government.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

1  effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.
2  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                  Respectfully submitted,

                  BENJAMIN B. WAGNER
                  United States Attorney

DATED: December 4, 2012    By: /s/ David Gappa
                  DAVID GAPPA
                  Assistant United States Attorney
                  Attorney for Plaintiff


                  DANIEL J. BRODERICK
                  Federal Defender

DATED: December 4, 2012    By: /s/ Charles J. Lee
                  CHARLES J. LEE
                  Assistant Federal Defender
                  Attorney for Defendant
                  TED LEE DURAN

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

  IT IS SO ORDERED.

  Dated:  **December 4, 2012**    **/s/ Dennis L. Beck**
                  UNITED STATES MAGISTRATE JUDGE