DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TED LEE DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-0384 AWI-BAM |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ORDER THEREON |
| TED LEE DURAN, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Ted Lee Duran, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because he is currently housed at the Lerdo Detention facility and because of the physical hardship involved in being transported to Fresno.  Mr. Duran has a number of medical conditions and has found the travel to Fresno to be extremely taxing and disruptive of his medical

care at Lerdo. Because of the physical rigors involved with transportation to court, Mr. Duran would request his presence be waived at any non-critical hearing.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:  12/19/12

/s/ Ted Duran
TED LEE DURAN

DATED:  12/19/12

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
TED LEE DURAN

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **December 20, 2012**      /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE