JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TED LEE DURAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00384 AWI-DLB |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE:   April 8, 2013 |
| TED LEE DURAN, | ) ) | TIME:    1:00 P.M.  JUDGE: Hon. Barbara A. McAuliffe |
| *Defendant.* | ) ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 11, 2013, **may be continued to April 8, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  The government facilitated transferring the forensic evidence to Fresno and defense counsel recently had an opportunity to view the evidence in the case, but defense now needs additional time to discuss the case with client.  Further, defense has received an offer from the government and needs the requested continuance to properly review the offer with client, who is housed at Lerdo.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 4, 2013     By:   /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 4, 2013     By:   /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
TED LEE DURAN

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 4, 2013**          /s/ Barbara A. McAuliffe
                          UNITED STATES MAGISTRATE JUDGE