J.M. IRIGOYEN, #177626
CALFED LAW CORPORATION
2131 Amador Street
Fresno, California 93721
Telephone: (559) 233-3333
Facsimile: (559) 233-2434

Attorney for Defendant: TED LEE DURAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>TED LEE DURAN,<br><br>　　　Defendant.<br>_____ / | Case No.: 1:12-cr-0384 AWI-BAM<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS ORDER THEREON |

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   May 13, 2013               /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE