# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>TED LEE DURAN,<br><br>　　　　Defendant | CASE NO. 1:12-CR-0384 AWI<br><br>ORDER APPOINTING FEDERAL DEFENDER'S OFFICE REGARDING MOTION FOR COMPASSIONATE RELEASE AND ORDER FOR THE CLERK TO FILE DEFENDANT'S MOTION |

　　　　On October 2, 2020, the Court received a motion to modify prison sentence through 18 U.S.C. § 3582(c) by Defendant Ted Duran, appearing pro se.  Defendant's motion was received by the Clerk's office but appears to contain a request to seal.  The Clerk's office forwarded the motion to the undersigned's chambers for review because of the ambiguous sealing issue.  Upon review, there is no basis to seal Defendant's motion.  Therefore, the Court will order the Clerk to file the motion.  The Court will address the propriety of sealing an exhibit that is part of Defendant's motion in a separate order.

　　　　Additionally, because Defendant is requesting relief pursuant to § 3582(c), Defendant's motion falls under the purview of Eastern District of California General Order No. 595.  Pursuant to General Order 595, the Court will refer Defendant's motion to the Federal Defender's Office.

## ORDER

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall immediately file Defendant's motion for compassionate release on the public docket;

2. Defendant's motion is referred to the Federal Defender's Office for the Eastern District of California;

3. The Federal Defender's Office shall review Defendant's pro se submission and, within ten (10) days of service of this order, shall either file a supplemental motion or a notice of intent to stand on the original pro se motion submitted by Defendant;

4. Upon receipt of either a supplemental motion or notice stand on the original motion, the Court will conduct a further review to determine if a response from the United States is warranted and will issue any additional orders as may be appropriate at that time.

IT IS SO ORDERED.

Dated:   October 5, 2020

_____
SENIOR DISTRICT JUDGE