# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>TED LEE DURAN,<br><br>　　　　　　Defendant | CASE NO. 1:12-CR-0384 AWI<br><br>ORDER FOR CLERK TO FILE DEFENDANT'S EXHIBIT A UNDER SEAL |

　　On October 2, 2020, the Court received a motion under 18 U.S.C. § 3582(c)(1)(A) for compassionate release filed by pro se Defendant Ted Duran.  The motion appears to contain a request to seal documents.  However, Defendant failed to follow the Local Rules, which is grounds for outright denial of Defendant's request.  However, considering Defendant's pro se status and the nature of his motion (which is based on Covid 19 and Defendant's health conditions), the Court has reviewed Defendant's motion and the three attached exhibits.

　　The Court concludes that there is no basis to seal Defendant's motion and Exhibits B and C.  However, Exhibit A consists of Defendant's prison medical records.  Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal.  E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019).  The Court detects no reason to reach a different conclusion in this case.  Therefore, Defendant's medical records, Exhibit A, will be sealed.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which are Exhibit A to Defendant's motion for compassionate release under 18 U.S.C. § 3582(c) (1)(A), UNDER SEAL.

IT IS SO ORDERED.

Dated:   October 5, 2020                           _____
                                                                  SENIOR DISTRICT JUDGE