# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>TED LEE DURAN,<br><br>**Defendant** | CASE NO. 1:12-CR-0384 AWI<br><br>ORDER FOR CLERK TO FILE DEFENDANT'S RECORDS UNDER SEAL |

On October 2, 2020, the Court received a motion under 18 U.S.C. § 3582(c)(1)(A) for compassionate release filed by pro se Defendant Ted Duran. On October 5, 2020, the Court appointed the Federal Defender's Office to represent Defendant and review his pro se motion. See Doc. No. 38. The Federal Defender's Office is due to file a response with the Court on October 15, 2020. See id. Also on October 5, 2020, the Court granted in part a sealing order that sealed an exhibit that contained prison medical records. See Doc. No. 40.

Today, the Court received additional medical records from Plaintiff. For the same reasons that Defendant's prison medical records were appropriately sealed, it is appropriate to seal the medical records recently submitted by Defendant. See id. Because it is likely that the records and the order appointing the federal defender's office crossed in the mail, the Court will not order the medical records returned. However, Defendant is now represented by counsel with respect to his motion for compassionate release. This means that all further filings relating to the motion for compassionate release are to be made by counsel, not Defendant.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which were received by the Clerk's office on October 14, 2020, UNDER SEAL, and shall send a copy of the medical records to the Assistant United States Attorney assigned to this case.

IT IS SO ORDERED.

Dated:  October 15, 2020  

_____
SENIOR DISTRICT JUDGE