HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>TED LEE DURAN,<br><br>*Defendant,* | Case No. 1:12-cr-00384 AWI-BAM<br><br>**APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |

Defendant, Ted Lee Duran, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

Mr. Duran had retained counsel and is now seeking appointed counsel under General Order 595. Mr. Duran submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Duran was sentenced to a 204-month term of imprisonment on March 24, 2014 and is currently in custody.

General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Therefore, after reviewing the attached Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Duran on his compassionate release proceedings related to this case.

DATED: October 28, 2020            */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **October 28, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

-2-